**Denrovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
TRUSTEES OF THE UNITE HERE NATIONAL
HEALTH FUND and TRUSTEES OF THE UNITE
HERE NATIONAL RETIREMENT FUND,

        Plaintiffs,                        Case No. 08 CV 00183
                                        (Judge Jones)

    -against-                          AFFIDAVIT OF SERVICE

TAMA MANUFACTURING COMPANY,

        Defendant.
------------------------------------------------------X
STATE OF PENNSYLVANIA    )
                                 S.S.:
COUNTY OF LEHIGH          )

I, KAREN ANICI, being duly sworn, deposes and says that he/she is over the age of eighteen years, is an agent of the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 11th day of January, 2008, at approximately the time of 12:30 pm, deponent served a true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT upon TAMA MANUFACTURING COMPANY at Lehigh Valley Industrial Park #2, 100A Cascade Drive, Allentown, PA, by personally delivering and leaving the same with MICHELLE EBERT who informed deponent that she holds the position of Payroll Mgr with that company and is authorized by appointment to receive service at that address.

Michelle Ebert is a WHITE FEMALE, approximately 35 years of age, stands approximately 5 feet 4" inches tall, weighs approximately 120 pounds with LT BROWN hair.

_Karen Anici_
PROCESS SERVER

Sworn to before me this
16th day of January, 2008

_Kelly L Cicon_
NOTARY PUBLIC

NOTARIAL SEAL
KELLY L CICON
Notary Public
CITY OF ALLENTOWN, LEHIGH COUNTY
My Commission Expires Aug 1, 2011

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com