UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE TRUSTEES OF THE UNITE HERE
NATIONAL HEALTH FUND, ET AL.            :

          Plaintiffs,            :

          -against-            :            ORDER

TAMA MANUFACTURING CO.            :            08 Civ. 183 (BSJ)(KNF)

          Defendant.            :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/10/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The plaintiffs commenced this action by filing a complaint with the Clerk of Court for this judicial district on January 9, 2008. The docket sheet maintained by the Clerk of Court indicates that the defendant was served with the summons and complaint on January 18, 2008. However, the defendant has failed to answer the complaint or to move with respect to that pleading; moreover, the time for doing so has elapsed.

    The Court is mindful that the docket sheet does not indicate that the plaintiffs have taken any action pursuant either to Rule 41 or 55 of the Federal Rules of Civil Procedure.

    Therefore, IT IS HEREBY ORDERED that, on or before June 30, 2008, the plaintiffs review the provisions of the Federal Rules of Civil Procedure noted above and make such application to the court as they deem appropriate.

Dated: New York, New York
       June 9, 2008             SO ORDERED:

                                                         _____
                                                         KEVIN NATHANIEL FOX
                                                         UNITED STATES MAGISTRATE JUDGE