UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
UNITE HERE NATIONAL HEALTH FUND and
TRUSTEES OF THE
UNITE HERE NATIONAL RETIREMENT FUND,
Plaintiffs,

against

TAMA MANUFACTURING COMPANY,
Defendant.

**AFFIDAVIT OF SERVICE**
08 Civ. 0183 (BSJ)

STATE OF NEW YORK   )
                    ) ss.
COUNTY OF NEW YORK  )

Michele Reid, being duly sworn, deposes and says:

1.   I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

2.   On June 27, 2008 I served the Defendant herein with a copy of the Notice of Dismissal Pursuant to Rule 41(a) by causing a true copy of said Notice addressed to the Defendant at Lehigh Valley Industrial Park #2, 100A Cascade Drive, Allentown, Pennsylvania 18103 to be delivered to the United States Postal Service at a Post Office within the State of New York for mailing by first class mail, postage prepaid.

_____
Michele Reid

Sworn to, before me, this
27th day of June 2008.

_____
SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010