UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE<br>UNITE HERE NATIONAL HEALTH FUND and<br>TRUSTEES OF THE<br>UNITE HERE NATIONAL RETIREMENT FUND,<br>Plaintiffs,<br><br>against<br><br>TAMA MANUFACTURING COMPANY,<br>Defendant. | NOTICE OF DISMISSAL<br>PURSUANT TO RULE 41(A)<br>08 Civ. 0183 (BSJ) |

SIRS:

**PLEASE TAKE NOTICE**, that the Trustees of the UNITE HERE National Health Fund and the Trustees of the UNITE HERE National Retirement Fund (hereinafter, the "Plaintiffs"), having commenced the within action by filing the Complaint on January 9, 2008, and a copy of the Summons and Complaint having been served on Tama Manufacturing Company (hereinafter, the "Defendant"), and no Answer, Counterclaim nor Motion for Summary Judgment having been served by the Defendant, and it being the Plaintiffs' intention to voluntarily dismiss this proceeding without prejudice; it is

**THEREFORE**, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice.

Dated: June 27, 2008
New York, New York

_____
Mark Schwartz, Esq. – MS 0148
Attorney for Plaintiffs
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

SO ORDERED:

_____
Barbara S. Jones
United States District Court Judge

6/30/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08